UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MATTHEW OPPENHEIM, :
:
                        Plaintiff, : 25-CV-1115 (JMF)
:
       -v- : ORDER
:
DIAMOND BRACES et al., :
:
                      Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 15, Defendants' earlier motion to dismiss filed at Docket No. 10 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **May 27, 2025**.  Defendants' reply, if any, is due by **June 3, 2025**.

      The Clerk of Court is directed to terminate Docket No. 10.

      SO ORDERED.

Dated: May 14, 2025
       New York, New York
                                                        JESSE M. FURMAN
                                                 United States District Judge