**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Matthew A. Brown - Partner
Direct E-Mail Address: matt@mllaborlaw.com
Direct Dial: (516) 303-1366

May 30, 2025

<u>**Via ECF & E-Mail**</u>

The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

    **Re:**    <u>*Oppenheim v. Diamond Braces et al*</u>
            <u>**Case No. 25-cv-01115 (JMF)**</u>

Dear Judge Furman:

    This firm represents Defendants in this action. This letter shall serve as Defendants' request for a 3-day extension to file their Reply in further support of the pending Motion to Dismiss the Amended Complaint from June 3, 2025 until June 6, 2025. The basis for the request is that the undersigned will be out for Religious observance on June 2-3, 2025. Defendants have not previously requested an extension of this deadline. This extension does not affect any other case deadlines and there are no upcoming appearances scheduled. Plaintiff does not oppose the extension request.

    Thank you for your attention to this matter.

Respectfully submitted,
/s/ Matthew A. Brown

cc:    All Counsel of Record (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 20.

      SO ORDERED.

      May 30, 2025